UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| Quadre Footman, & Joelinda Ross<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>Linda Mendenhall-Cooper,<br><br>　　　　　　　　　　Defendant. | Civil Action No. 4:18-cv-00669-RBH<br><br>**CONSENT ORDER REMANDING THE CASE TO COURT OF COMMON PLEAS FOR WILLIAMSBURG COUNTY** |

The matter presented is to this Court upon the agreement of the Defendant, Linda Mendenhall-Cooper, and the Plaintiffs, Quadre Footman and Joelinda Ross, to remand the case to the Court of Common Pleas for Williamsburg County. The action was initially removed to this Court by the Defendant pursuant to 28 U.S.C. §§ 1332(a)(1), 1441(a), and 1446, which vest federal district courts with original jurisdiction over civil actions where the matter in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs, and is between citizens of different States. However, this Court is informed that the Plaintiffs have now filed an Amended Complaint in the Court of Common Pleas for Williamsburg County seeking damages and a judgment for an amount not to exceed $74,999.99. Therefore, the amount in controversy, exclusive of interest and costs, no longer satisfies the amount-in-controversy criterion of 28 U.S.C. § 1332(a) for this Court to retain jurisdiction. The parties, as acknowledged by the signatures of their respective counsel, agree to remand the case to the Court of Common Pleas for Williamsburg County.

**IT IS THEREFORE ORDERED** that this action is hereby remanded to the Court of Common Pleas for Williamsburg County.

March 28, 2018             s/ R. Bryan Harwell
Florence, South Carolina     R. Bryan Harwell
                                          United States District Judge

**WE SO MOVE AND CONSENT:**

*s/Matthew G. Gerrald*
Richard C. Thomas, Dist. Ct. ID. No. 4068
Matthew G. Gerrald, Dist. Ct. ID. No. 10055
Barnes, Alford, Stork & Johnson, LLP
1613 Main Street (29201)
Post Office Box 8448
Columbia, SC 29202-8448
803.799.1111 (Office)
803.254.1335 (Fax)
richard@basjlaw.com
matt@basjlaw.com
Attorneys for the Defendant

*s/Cezar E. McKnight*
Cezar E. McKnight, Dist Ct. ID No. 8069
Cezar E. McKnight, LLC
105 South Acline Street
Post Office Box 688
Lake City, SC 29560
843.374.4529 (Office)
843.374.4535 (Fax)
cezar@cezarmcknight.com
Attorneys for the Plaintiffs